IN THE UNITED STATES BANKRUPTCY COURT FOR THE
NORTHERN DISTRICT OF ILLINOIS, EASTERN DIVISION

| | |
|---|---|
| **IN RE:**  Ramirez, Dale | Case Number:  05 B 46159 |
| | Judge:  Hollis, Pamela S |
| Printed:  6/24/08 | Filed:  10/7/05 |

# FINAL REPORT AND ACCOUNT

The trustee, Marilyn O. Marshall, submits this report to the court pursuant to 11 U.S.C. 1302:

Status:   Dismissed: April 21, 2008
Confirmed: January 9, 2006

## SUMMARY OF RECEIPTS & DISBURSEMENTS

| | Receipts | Disbursements |
|---|---:|---:|
| | 8,450.24 | |
| Secured: | | 5,464.89 |
| Unsecured: | | 0.00 |
| Priority: | | 0.00 |
| Administrative: | | 2,405.20 |
| Trustee Fee: | | 441.59 |
| Other Funds: | | 138.56 |
| Totals: | 8,450.24 | 8,450.24 |

## DISBURSEMENT DETAIL

| | Creditor Name | Type | Repayment | Paid to Date |
|---|---|---|---:|---:|
| 1. | Robert J Semrad & Associates | Administrative | 2,405.20 | 2,405.20 |
| 2. | Credit Acceptance Corp | Secured | 11,904.71 | 5,464.89 |
| 3. | RoundUp Funding LLC | Unsecured | 88.55 | 0.00 |
| 4. | HSBC Taxpayer Financial Services | Unsecured | 49.24 | 0.00 |
| 5. | OSI Collection Svc Inc | Unsecured | 171.23 | 0.00 |
| 6. | City Of Chicago Dept Of Revenue | Unsecured | 334.00 | 0.00 |
| 7. | Internal Revenue Service | Priority | | No Claim Filed |
| 8. | Commonwealth Edison | Unsecured | | No Claim Filed |
| 9. | Capital One | Unsecured | | No Claim Filed |
| 10. | Ameritech | Unsecured | | No Claim Filed |
| 11. | First National Bank Of Marin | Unsecured | | No Claim Filed |
| 12. | First Premier | Unsecured | | No Claim Filed |
| 13. | Internal Revenue Service | Unsecured | | No Claim Filed |
| 14. | Professional Credit Services | Unsecured | | No Claim Filed |
| 15. | TCF Bank | Unsecured | | No Claim Filed |
| 16. | Jewel Food Stores | Unsecured | | No Claim Filed |
| | | | _____ | _____ |
| | | | $ 14,952.93 | $ 7,870.09 |

## TRUSTEE FEE DETAIL

| Fee Rate | Total Fees |
|---:|---:|
| 5.5% | 115.50 |
| 5% | 30.00 |
| 4.8% | 79.81 |
| 5.4% | 198.27 |
| 6.5% | 18.01 |

IN THE UNITED STATES BANKRUPTCY COURT FOR THE
NORTHERN DISTRICT OF ILLINOIS, EASTERN DIVISION

| | |
|---|---|
| **IN RE:** Ramirez, Dale | Case Number: 05 B 46159 |
| | Judge: Hollis, Pamela S |
| Printed: 6/24/08 | Filed: 10/7/05 |

$_____$
$ 441.59

Based on the above information, the trustee requests that the court enter an order discharging the trustee, releasing the trustee's surety from liability for actions relating to the above proceedings, closing the estate and for such other relief as is proper.

Marilyn O. Marshall, Trustee, by:

